COPY

SEALED
BY ORDER OF THE COURT

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 16 2000

at ___ o'clock and ___ min ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00108 SOM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | 21 U.S.C. § 860(a) |
| JEROME FANENE, | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges that:

On or about January 13, 2000, within the District of Hawaii, JEROME FANENE, did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a school.

/ / /

/ / /

/ / /

/ / /

In violation of Title 21, United States Code, Section 860(a).

DATED: ___3/16___, 2000 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

United States v. Jerome Fanene
"Indictment"