PROB. 12B
(7/93)

ORIGINAL

# United States District Court

for the

## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 8 2006

at 3 o'clock and 70 min P M
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  JEROME FANENE            Case Number:  CR 00-00108SOM-01

Name of Sentencing Judicial Officer:    The Honorable Susan Oki Mollway
                                        U.S. District Judge

Date of Original Sentence:  8/28/2000

Original Offense:    Possession With Intent to Distribute and Distribute Methamphetamine Within 1,000 Feet of a Public School, in violation of 21 U.S.C. § 860(a), a Class B felony

Original Sentence:   Time served and three (3) years of supervised release with the following special conditions:  1) That the defendant is prohibited from possessing any illegal or dangerous weapons; 2) That the defendant continue to participate in the Salvation Army Adult Rehabilitation Center (SAARC) until clinically discharged and subsequently enroll in an outpatient substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; and 3) Without the prior approval of the Probation Office, the defendant shall not enter the area which is bordered by King Street, Waiakamilo Road, Dillingham Boulevard, and Kalihi Street, as depicted in the map to be attached to the Judgment.

Modified
Sentence:            On 7/30/2003, the Court extended the subject's term of supervised release for one (1) year, for a total term of four (4) years.  The Court also ordered the modification of conditions of supervision as follows:  4) That the defendant serve three (3) months of home detention with electronic monitoring as arranged by the Probation Office.  During this time, the defendant shall remain at his place of residence during nonworking hours and shall not leave his residence without the prior approval of the Probation Office.  The defendant shall wear an electronic monitoring device and follow

Prob 12B
(7/93)

2

|  |  |
|---|---|
| | electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office. The defendant also will be responsible for the payment of the electronic monitoring costs as directed by the Probation Office. |
| 1st Revocation Offense and Sentence: | On 11/20/2003, the Court revoked supervised release for the following violations: 1) The subject's urine specimens tested positive for methamphetamine on four (4) occasions; 2) The subject admitted using methamphetamine on one (1) occasion; 3) The subject refused to comply with drug testing on seven (7) occasions; and 4) The subject violated home detention on two (2) occasions. |
| | The Court sentenced the subject to seven (7) months imprisonment and forty-one (41) months supervised release with the following special conditions: 1) That the defendant is prohibited from possessing any illegal or dangerous weapons; 2) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 3) Without the prior approval of the Probation Office, the defendant shall not enter the area which is bordered by King Street, Waiakamilo Road, Dillingham Boulevard, and Kalihi Street, as depicted in the map to be attached to the Judgment; and 4) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition. |
| 2nd Revocation Offense and Sentence: | On 12/22/2004, the Court revoked the subject's second supervised release term for the following violations: 1) The subject refused to comply with drug testing on three (3) occasions; 2) The subject's urine specimen submitted on 11/18/2004 tested positive for methamphetamine; and 3) The subject failed to attend substance abuse counseling on four (4) occasions. |
| | The Court sentenced the subject to seven (7) months imprisonment and thirty-four (34) months supervised release with the following special conditions: 1) That the defendant participate in a substance abuse program, which may include drug testing at the |

Prob 12B
(7/93)

3

    discretion and direction of the Probation Office; 2) Without the prior approval of the Probation Office, the defendant shall not enter the area which is bordered by King Street, Waiakamilo Road, Dillingham Boulevard, and Kalihi Street, as depicted in the map to be attached to the Judgment; 3) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition; and 4) That the defendant serve up to 180 days of community confinement in a community corrections center such as Mahoney Hale, arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office.

Type of Supervision:  Supervised Release     Date Supervision Commenced:  7/13/2005

## PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows:

*General Condition:*    *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.*

*Special Condition No. 1:*    *That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.*

Prob 12B
(7/93)

4

## CAUSE

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. Special Condition No. 1 | The subject refused to comply with drug testing on 4/22/2006 and 6/24/2006. |

    Our office was informed by Freedom Recovery Services (FRS) that on 4/22/2006 and 6/24/2006, the subject, as part of his treatment program, failed to submit a urine specimen for testing. As the subject was oriented to the requirements of drug testing, he is charged with refusal to comply. With regard to the missed drug test on 4/22/2006, the subject had recently been moved to a different frequency of random drug testing and forgot to listen for the new instructions. With respect to the missed drug test on 6/24/2006, the subject admitted that he simply forgot to call FRS for testing instructions. The subject was admonished on both occasions and warned to be more careful. The subject has since completed the one year substance abuse counseling and drug testing program at FRS.

    Considering the subject's past problems with methamphetamine and two prior revocations for missed drug testing and methamphetamine use, and in light of U.S. vs. Stephens, we respectfully recommend that the Court modify the mandatory drug testing condition (General Condition) to allow for additional drug testing. We are also requesting that Special Condition No. 1 be revised to include updated language. Our office believes that due to the subject's history of methamphetamine use while on supervision, it is prudent to randomly test the subject for illicit drug use until the expiration of supervision.

Prob 12B
(7/93)

5

     As noted by his signature on the attached Waiver of Hearing form (Probation Form 49), the subject maintains no objections to this recommendation. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modifications.

                                                              Respectfully submitted by,

                                                               *[signature: Timothy M. Jenkins] for:*

                                                                FRANK M. CONDELLO, II
                                                               U.S. Probation Officer

Approved by:

*[signature: Timothy M. Jenkins]*

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date:  10/16/2006

Prob 12B
(7/93)

6

THE COURT ORDERS:

[X]   The Modification of Conditions as Noted Above
[ ]   Other

/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
U.S. District Judge

10/17/06
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

General Condition:   *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.*

Special Condition No. 1:   *That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.*

Witness: _____
FRANK M. CONDELLO, II
U.S. Probation Officer

Signed: x_____
JEROME FANENE
Supervised Releasee

9/6/2006
Date